Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIULI BARUAH,<br><br>                     Plaintiff,<br>      v.<br><br>DIRECTOR OF NEBRASKA SERVICE CENTER, *et al.*,<br><br>                     Defendants. | Case No.  2:21-cv-282-RSM<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>Noted for Consideration:<br>April 16, 2021 |

      The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice of the above-captioned action, with each party to bear their own fees or costs.

//

//

//

//

//

//

//

STIPULATED ORDER FOR DISMISSAL
[Case No. 21-282 RSM] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 16th day of April, 2021.

|  |  |
|---|---|
| /s/ Robert Pauw<br>Gibbs Houston Pauw<br>1000 Second Ave., Suite 1600<br>Seattle, WA  98104<br>Phone:  206-682-1080<br>Email:  rpauw@ghp-law.net<br><br>*Attorneys for Plaintiff* | TESSA M. GORMAN<br>Acting United States Attorney<br><br>/s/ Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS#4666657<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>1201 Pacific Ave, Suite 700<br>Tacoma, Washington 98402<br>Phone: 206-553-7970<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Defendants* |

### ORDER

IT IS HEREBY ORDERED that the Parties' Stipulated Order for Dismissal is GRANTED.  The case is dismissed without prejudice with each party to bear their own costs.

SO ORDERED.

Dated this 19th day of April, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER FOR DISMISSAL
[Case No. 21-282 RSM] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970